|  | IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT, IN AND FOR BAY COUNTY, FLORIDA |
|---|---|

KATHERINE SLIMP,

    Plaintiff,

v.                                CASE NO.: 2014-909-CA

BAY DISTRICT SCHOOLS,

    Defendant.

_____/

## NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

    Defendant, The School Board of Bay County, Florida, *d/b/a* "Bay District Schools," gives notice that, by filing a Notice of Removal in the Panama City Division of the United States District Court for the Northern District of Florida, this case has been removed pursuant to 28 U.S.C. §§1331, 1367, 1441, and 1446. A true and correct copy of the Notice of Removal is attached hereto.

    Respectfully submitted this 19th day of August 2014.

                                        COPPINS MONROE
                                        ADKINS & DINCMAN, P.A.

                BY:    */s/ Scott J. Seagle*
                            Gwendolyn P. Adkins, FBN: 0949566
                            Scott J. Seagle, FBN: 57158
                            P. O. Drawer 14447
                            Tallahassee, Florida 32317
                            Telephone: (850) 422-2420
                            Facsimile: (850) 422-2730
                            E-Mail: gadkins@coppinsmonroe.com
                                        sseagle@coppinsmonroe.com

                            ATTORNEYS FOR DEFENDANT
                            BAY COUNTY SCHOOL BOARD

## **CERTIFICATE OF SERVICE**

This document is being filed electronically through the Florida Courts eFiling Portal (www.myflcourtaccess.com). Pursuant to Rule 2.516, *Fla. R. Jud. Admin.* and Fla. Sup. Ct. Admin. Order No: AOSC13-49, electronic service will be made by the Court's transmission facilities on all persons appearing before this Court.

*s/ Scott J. Seagle*
Attorney